Submitted on record and briefs April 13, reversed and remanded May 1, 1978

KENNETH J. MILLER, *Petitioner,*
*v.*
BOARD OF PAROLE, *Respondent.*
(No. CA 9696)
577 P2d 545

Gary D. Babcock, Public Defender, and Stephanie A. Smythe, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

The state confesses error.

Reversed and remanded.